**Order entered August 6, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-21-00353-CR
No. 05-21-00354-CR
No. 05-21-00355-CR

**ARIK NYLES MAXEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75257-M, F17-52204-M & F17-75276-M**

### ORDER

Before the Court is court reporter Belinda Baraka's August 2, 2021 request for additional time to file the reporter's record in these appeals. We **GRANT** the request and **ORDER** the reporter's record filed by September 2, 2021.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE